UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MARY FERGUSON and PAUL LEYDA,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendants. | CASE NO.: 2:12-cv-02944-WBS-GGH<br><br>[The Honorable William B. Shubb]<br><br>**ORDER GRANTING WELLS FARGO'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS COMPLAINT**<br><br>Date:　　　February 11, 2013<br>Time:　　　2:00 p.m.<br>Ctrm:　　　5, 14th Floor |

GOOD CAUSE APPEARING, the Court grants the request of defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo") for leave for its counsel to appear telephonically at the hearing on its motion to dismiss the complaint on February 11, 2013 at 2:00 p.m.  **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

Date:  January 29, 2013

　　　　　　　　　　　　　*/s/ William B. Shubb*
　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER GRANTING WELLS FARGO'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS COMPLAINT**

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System:*

*Counsel for Plaintiffs:*

Scott Adkins
ADKINS PLC
5880 Golden Eagle Circle
North Palm Gardens, FL 33418

leather1@gmail.com
Tel:  (561) 866-9305
Fax:  (561) 693-4116

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on January 29, 2013.

| Leslie Coumans | */s/ Leslie Coumans* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |